IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WALTON,

      Plaintiff,                       No. CIV S-10-3167 JAM GGH P

   vs.

V. SING, et al.,

      Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff, a former state prisoner proceeding pro se and in forma pauperis seeks relief pursuant to 42 U.S.C. § 1983. On December 9, 2011, the district judge assigned to this case adopted the findings and recommendations granting defendants' motion to dismiss. Plaintiff was granted twenty-eight days to file an amended complaint on certain claims. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 26, 2012

          /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:AB
walt3167.fta